1   THE TIDRICK LAW FIRM
    STEVEN G. TIDRICK, SBN 224760
2   JOEL B. YOUNG, SBN 236662
    2039 Shattuck Avenue, Suite 308
3   Berkeley, California  94704
    Telephone:  (510) 788-5100
4   Facsimile:  (510) 291-3226
    E-mail:      sgt@tidricklaw.com
5   E-mail:      jby@tidricklaw.com

6   Attorneys for Individual and Representative
    Plaintiff Harold C. Robinson, Jr.

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10  HAROLD C. ROBINSON, JR., on behalf of          Civil Case No. 4:14-CV-00852-PJH
    himself and all others similarly situated,
11                                                 Removed from Superior Court of the State of
                     Plaintiff,                    California, County of San Francisco, Civil
12                                                 Case No. CGC-13-535729
             v.
13                                                 **ORDER GRANTING PLAINTIFF'S
    OPEN TOP SIGHTSEEING SAN                        MOTION FOR APPROVAL OF**
14  FRANCISCO, LLC; and DOES 1-20,                 ***HOFFMANN-LA ROCHE* NOTICE
                                                    AS MODIFIED BY THE COURT**
15                   Defendant.
                                                   The Honorable Judge Phyllis J. Hamilton
16

17

18

19          Plaintiff's Motion for Approval of *Hoffmann-La Roche* Notice (hereinafter "Motion"),

20  pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and *Hoffmann-*

21  *La Roche Inc. v. Sperling*, 493 U.S. 165 (1989), came on regularly for hearing on December

22  24, 2014 in the United States District Court for the Northern District of California, Oakland

23  Division, the Honorable Phyllis J. Hamilton presiding.  All parties were represented by

24  counsel.

25          Having considered the memoranda and declarations, oral arguments of counsel, and

26  the relevant statutory and case law, the Court GRANTS Plaintiff's Motion and orders and

27  finds as follows:

28          1.       Pursuant to the Fair Labor Standards Act ("FLSA") and cases interpreting it,
                                                   1
ORDER GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF *HOFFMANN-LA ROCHE* NOTICE
*Robinson v. Open Top Sightseeing San Francisco, LLC et al.*, **Case No. 4:14-CV-00852-PJH**

1  the Court finds that the Operators (as defined below) are similarly situated.  The Court

2  therefore conditionally certifies this action as a representative collective action, 29 U.S.C.

3  § 216(b);

4     2.     The Court finds that notice should be sent to all prospective collective action

5  members, consisting of all individuals who are currently employed, or formerly have been

6  employed, by Open Top Sightseeing San Francisco, LLC ("Defendant") as a bus operator or

7  in an equivalent position in California at any time on or after December 24, 2011 (hereinafter

8  "Operator");

9     3.     The Court orders Defendant to produce to Plaintiff's counsel the names,

10  address information, e-mail addresses, and telephone numbers of all Operators as defined

11  above.  Such information shall be produced within thirty (30) days of the date of this Order in

12  Microsoft Excel format; and the same shall be produced to Plaintiff's counsel for any

13  subsequently hired Operators within thirty (30) days of the first date of employment;

14     4.     The Court approves the mailing, e-mailing, publication, and posting of the

15  Notice and Consent to Join form substantially in the form attached hereto as **Exhibit A**.  The

16  Notice and Consent to Join form shall be sent to Operators within ten (10) days of receipt by

17  Plaintiffs' counsel of their contact information as described above in paragraph 3.  The Notice

18  and Consent to Join form shall also be posted in a prominent location at each of Defendant's

19  locations where the class members regularly report to work.  Defendant shall make a good

20  faith effort to ensure that each Notice posting shall have a reasonable number of Consent to

21  Join forms available with the Notice at all times during the Notice period, as defined below;

22     5.     Operators shall have until ninety (90) days after the sending of notice (the

23  "Notice period"), to postmark their Consent to Join forms and mail, or alternatively to fax,

24  such Consents to Plaintiff's counsel.  This deadline may be extended by stipulation signed by

25  counsel for all parties and filed with the court;

26     6.     Plaintiff's counsel shall attempt to locate current addresses for any individual

27  for whom a Notice is returned as undeliverable and shall promptly re-send the Notice to the

28  current address.  Plaintiff's counsel shall keep a record of the addresses that it updates and the

2

1  dates on which those Notices were sent to those addresses.  Plaintiff's counsel shall not be

2  required to re-send the Notice to any particular individual more than two (2) times.

3        It is so ORDERED.

4

5  DATE: December 24, 2014

_____

6                                              The Honorable Phyllis J. Hamilton
                                               United States District Court for the
7                                              Northern District of California

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF *HOFFMANN-LA ROCHE* NOTICE**

*Robinson v. Open Top Sightseeing San Francisco, LLC et al.*, **Case No. 4:14-CV-00852-PJH**

1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4

HAROLD C. ROBINSON, JR., on behalf of
himself and all others similarly situated,

Civil Case No. 4:14-CV-00852-PJH

5

Plaintiff,

6

v.

7

OPEN TOP SIGHTSEEING SAN
FRANCISCO, LLC; and DOES 1-20,

8

Defendant.

9

10

11

**Notice of Lawsuit Against Open Top Sightseeing San Francisco, LLC**

12

13

**The United States District Court for the Northern District of California**
*A Court authorized this notice.  This is not a solicitation from a lawyer.*

14

15

**DATE:**　　　December 24, 2014

16

17

**RE:**　　　Fair Labor Standards Act ("FLSA") lawsuit by bus operators against Open Top
Sightseeing San Francisco, LLC seeking compensation for failing to pay federally
mandated overtime for all work in excess of forty (40) hours in a week.

18

**1.　Introduction**

19

20

21

The purpose of this Notice is to inform you of a collective action lawsuit against Open
Top Sightseeing San Francisco, LLC ("Defendant"). The Court has determined that you may be
similarly situated to the Named Plaintiff. Therefore, the Court has ordered that this notice be sent
to you, to explain what the lawsuit is about and how to participate.

22

23

24

Please note that the Court has not ruled on the merits of the lawsuit.  The Court has only
ruled that it is important that you be notified of the existence of the lawsuit so that you can
determine whether you wish to join it.

25

**2.　Description of the Lawsuit**

26

27

Plaintiff Harold C. Robinson (the "Named Plaintiff" or "Plaintiff") filed this action under the
Fair Labor Standards Act ("FLSA") against Defendant. Plaintiff contends that he and others
similarly situated are owed overtime pay under the FLSA.  Specifically, Plaintiff alleges that

28

1

Defendant has a policy and practice of failing to pay operators federally mandated overtime for all work in excess of forty (40) hours in a week.  Plaintiff alleges that he, and all other individuals employed by Defendant as an operator, or in an equivalent position at any time on or after December 24, 2011, are entitled to unpaid overtime pay, interest, attorneys' fees, and costs associated with bringing this lawsuit.

**3.     Your Right To Join This Lawsuit**

If you are currently employed, or formerly were employed, by Defendant as an operator or in an equivalent position in California at any time on or after December 24, 2011, then you may choose to join this suit (that is, you may "opt in"). ***In order to opt in, you must sign a "Consent to Join" form and then fax or mail it to Plaintiff's counsel, The Tidrick Law Firm***.  That form is enclosed with this notice.  The form is also available from The Tidrick Law Firm.  Signed forms should be faxed or mailed to Plaintiff's counsel, The Tidrick Law Firm, at:

> The Tidrick Law Firm
> 2039 Shattuck Avenue, Suite 308
> Berkeley, CA 94704
> Attention: Erika Valencia
> 510-291-3226 (fax)

Forms must be postmarked on or before [date].

**4.     Effect of Joining This Lawsuit**

If you join this lawsuit, you will be bound by the judgment (that is, the final result of the lawsuit), whether favorable or unfavorable (that is, whether or not the Plaintiff wins his argument that they should be paid money by Defendant).  While this suit is proceeding, you may be required to respond to written questions, sit for a deposition, and/or testify in court, in which case Plaintiff's counsel will assist you.

Plaintiff's attorneys will not charge you directly for their work in this case.  If there is no recovery, you will not be required to pay the attorneys for any of their work.  If there is a recovery, Plaintiff's attorneys will receive whatever attorneys' fees the Court orders.  Those fees may be subtracted from the recovery obtained from Defendant, or they may be paid separately by Defendant, or there may be a combination of the two methods.

If you join this lawsuit, you designate the Named Plaintiff as your agent to make decisions on your behalf concerning the lawsuit.  These decisions and agreements made and entered into by the Named Plaintiff will then be binding on you.

**5.     Effect of Not Joining This Lawsuit**

If you choose not to join this lawsuit, you will not be affected by any judgment in this lawsuit on this FLSA claim, whether favorable or unfavorable.  If you choose not to join in this

2

1   lawsuit, you are free to file your own lawsuit and to select the attorney of your choice.

2   **6.      No Retaliation Permitted**

3       Federal law prohibits Defendant from retaliating against you in any way (for example,
4   terminating you, giving you fewer hours, cutting your pay, etc.) because you have exercised your
    rights under the FLSA (for example, by joining this lawsuit or by providing evidence in support
5   of the Plaintiff).

6   **7.      Your Legal Representation If You Join**

7       If you choose to join this suit, you will be represented by the Named Plaintiff through his
8   attorneys, specifically:

9   THE TIDRICK LAW FIRM
    STEVEN G. TIDRICK, SBN 224760
10  JOEL B. YOUNG, SBN 236662
    2039 Shattuck Avenue, Suite 308
11  Berkeley, California  94704

12  **8.      Further Information**

13
14      If you want further information about this Notice or the lawsuit, or have questions about
    the procedure or deadline for submitting a "Consent to Join," please write Plaintiff's counsel at
15  the address above, or call Erika Valencia of The Tidrick Law Firm at (510) 788-5100 to schedule
    a time to speak with an attorney.
16

17  **9.      Court Authorization**

18      This notice and its contents have been authorized by the Honorable Judge
    Phyllis J. Hamilton, United States District Court for the Northern District of California.  The
19  Court has taken no position in this case regarding the merits of Plaintiff's claims or of
20  Defendant's defenses.

21

22

23

24

25

26

27

28

                                        3

1

2

## CONSENT TO JOIN (Opt–In Form)

3

## **CONSENT TO BECOME PARTY PLAINTIFF**

4

5

6

7

8

9

10

11

     I am or have been employed by Open Top Sightseeing San Francisco, LLC ("Defendant") as a bus operator.  I hereby consent to be a party plaintiff in the Fair Labor Standards Act ("FLSA") collective action against Defendant, to recover unpaid compensation under the FLSA.  I hereby authorize the Named Plaintiff, or their counsel-of-record, to file this Consent to Join form with the Court and to send a copy to the lawyers for the Defendant.  I hereby further authorize the Named Plaintiff to retain counsel-of-record, the Tidrick Law Firm, and I hereby further authorize such counsel to make such further decisions with respect to the conduct and handling of this action, including the settlement thereof, as he/she/they deem appropriate or necessary.

12

13

Date: _____ By: _____

14

                             Signature

15

        Print name: _____

16

17

        Address: _____

18

        City/State/Zip: _____

19

        Email: _____

20

21

        Phone Number: _____

22

23

In order to join this lawsuit, this form must be signed, and returned by fax or mail, postmarked no later than [Date], to:

24

25

26

The Tidrick Law Firm
Attention: Erika Valencia
2039 Shattuck Avenue, Suite 308
Berkeley, CA 94704
510-291-3226 (fax)

27

## **EXHIBIT A**

28

4