UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD C. ROBINSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OPEN TOP SIGHTSEEING SAN FRANCISCO, LLC, <br><br> Defendant. | Case No. 14-cv-0852-PJH <br><br> **ORDER GRANTING MOTION TO ADD PROPOSED CLASS REPRESENTATIVE** |

Before the court is plaintiff's motion to add proposed class representative Lawrence Muse. Based on the arguments made in the motion, and on the fact that defendant does not oppose the motion, the court GRANTS plaintiff's motion to add Lawrence Muse as a representative of the putative class.

Plaintiff also filed a reply, in which he requested that the court "not preclude the new class representative from pursuing his claims for injunctive relief on a classwide basis under Rule 23(b)(3)." Plaintiff's reply goes on to cite several district court cases allowing a class to seek injunctive relief under Rule 23(b)(3).

The court finds that plaintiff's request was not properly raised, given that it was first raised in his reply brief, and thus declines to issue any ruling regarding the propriety of seeking injunctive relief under Rule 23(b)(3). The court instead directs the parties to meet and confer on the issue, and if they are unable to reach a resolution, plaintiff may seek leave to file a motion on the issue. As it stands now, the court will treat plaintiff's current motion for class certification as seeking certification under Rule 23(b)(3) based on only a damages theory.

**IT IS SO ORDERED.**

Dated: October 9, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge