UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAROLD C. ROBINSON, et al.,

    Plaintiffs,

    v.

OPEN TOP SIGHTSEEING SAN FRANCISCO, LLC,

    Defendant.

Case No. 14-cv-00852-PJH

**ORDER REGARDING DISCOVERY DEADLINES**

Re: Dkt. No. 126

Before the court is a stipulation by the parties to extend the deadlines for fact discovery and expert discovery. Dkt. 126. The court declines to sign the order, and if a dispute arises, the only deadlines the court will enforce are those set by the court. While the parties may stipulate to extend the discovery deadlines if they wish, they are hereby advised that the deadline for dispositive motions to be heard remains **May 3, 2017** per the court's prior orders. See Dkt. 102, 103.

**IT IS SO ORDERED.**

Dated: January 11, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge